# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re: <u>Marvelyn Simangan Manzano</u>     Case No. 03-12247
       Debtors                                         Chapter 13

## WITHDRAWAL OF CLAIMS #3 and #4

VyStar Credit Union withdraws claim #3($1,426.34) and #4($14,855.10), due to claims being filed in error to case #03-12247.

        Vystar Credit Union
        Rosetta Spates, Legal Processor
        P.O. Box 45085
        Jacksonville, FL  32232

        By: /s/ Rosetta Spates